UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMEY OLNEY and PETER OLNEY,**<br>Plaintiffs,<br><br>vs.<br><br>**ASSET ACCEPTANCE, LLC,**<br>Defendant. | CASE NO.: 1:13-cv-01101-AWI-SAB<br><br>**ORDER** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and fees.

IT IS SO ORDERED.

Dated:   November 26, 2013                    _____
                                                                    SENIOR DISTRICT JUDGE

Order to Dismiss - 1